**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LARRY WAYNE CAMPBELL,

    Petitioner,

v.                                                    CASE NO: 8:04-CV-1262-T-30TGW

JAMES R. MCDONOUGH,

    Respondent.
_____/

## ORDER

This matter comes before the Court upon Petitioner's failure to respond to its August 13, 2007 order directing him to inform the Court, within fifteen (15) days, whether he remains subject to state supervision pursuant to his 1996 criminal conviction (Dkt. 10). In its order, the Court warned Petitioner that failure to file a timely response to the order would result in the dismissal of this action without further notice. The order was mailed to Petitioner at his stated residence upon release noted on the Florida Department of Corrections ("FDOC") Offender Information Network, and it has not been returned as undeliverable.

Petitioner has not filed a notice of change of address or otherwise contacted the Court since he filed his reply (Dkt. 9), and he did not advise the Clerk that he had been released from prison. The Court has taken judicial notice of information available at the FDOC Offender Information Network, viewed on August 10, 2007, stating that Petitioner was released from custody on May 8, 2006. *See* Fed. R. Evid. 201.

Petitioner is not listed on the FDOC Offender Information Network as being subject to supervised release. It appearing that Petitioner is no longer in state custody or under FDOC supervision, the petition for writ of habeas corpus is moot.

ACCORDINGLY, the Court **ORDERS** that this petition is hereby **DISMISSED**. The **Clerk** shall terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 5, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
All Parties/Counsel of Record

SA:sfc